UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**RECEIVED**

UNITED STATES OF AMERICA    :    ORDER FOR RETURN OF

                            :                                    NOV 1 4 2011

            VS.              :    DEPOSIT FOR BAIL        AT 8:30_____M
                                                          WILLIAM T. WALSH, CLERK
                            :

        Elvis Hernandez      :         RECOG. New3227
                                  **Case No. DNJX210MJ004026**
                            :              DNJX211CR000113

It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for her appearance before this Court, and that the sum of Twenty thousand dollars ($20,000.00) was deposited in the registry of this Court as security for the said recognizance; and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is, on this ___7th___ day of November, 2011

**ORDERED** that the sum of Twenty thousand dollars ($20,000.00) so deposited as aforesaid be returned to Francisco Javier Hernandez, 59 Versailes Ct., Reading, PA 19605 the surety of said recognizance.

GARRETT E. BROWN, CHIEF JUDGE
UNITED STATES DISTRICT COURT